**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 99-1696**

———

JUAN L. STEWARD,

Plaintiff - Appellant,

versus

RICHMOND COLD STORAGE, INCORPORATED,

Defendant - Appellee.

———

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-98-1180-2)

———

Submitted: September 30, 1999          Decided: October 13, 1999

———

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Juan L. Steward, Appellant Pro Se. Ruth Litvin, MCGUIRE, WOODS, BATTLE & BOOTHE, Norfolk, Virginia; David Frederick Dabbs, MCGUIRE, WOODS, BATTLE & BOOTHE, Richmond, Virginia, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juan L. Steward appeals the district court's order granting Appellee's motion for summary judgment in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Steward v. Richmond Cold Storage, Inc., No. CA-98-1180-2 (E.D. Va. Apr. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2